CHRISTOPHER J. CHRISTIE
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB0321
(FLU:KCPB)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　　　　　　*Plaintiff,*<br>v.<br><br>**JAMES VELEZ,**<br><br>　　　　　　　　　　　　　*Defendant,*<br>and<br><br>**GEVITY HR, INC.,**<br>**and its successors or assigns,**<br><br>　　　　　　　　　　　　　*Garnishee.* | Hon. Joseph A. Greenaway, Jr.<br><br>**CRIMINAL No. 05-236**<br><br>**APPLICATION AND ORDER**<br>**FOR WRIT OF GARNISHMENT** |

　　　The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, James Velez, social security number *******3584, whose last known address is Tampa, FL 33625 in the above cited action in the amount of $42,197.00, plus interest at the rate of 1.6% per annum and penalties.

　　　The total balance due and owing as of July 23, 2008 is $42,197.00.

　　　Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from July 23, 2008, and debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property in which James Velez has a substantial non-exempt interest. More specifically, the Garnishee is a financial institution which is believed to have in its custody, control, or possession, property belonging to the judgment debtor, James Velez. **Included but not limited to account number** 1325332

The name and address of the Garnishee or his authorized agent is:

> Gevity HR, Inc.
> 431 12th Street
> Suite 202
> Bradenton, FL 34205

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

CHRISTOPHER J. CHRISTIE
United States Attorney

By:   LEAH A. BYNON
Assistant U.S. Attorney

**IT IS**, on this 29th day of July, 2008,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Garnishment.

HON. JOSEPH A. GREENAWAY JR., JUDGE
UNITED STATES DISTRICT COURT